# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

JAMIE DODGE, an individual; and
ZACHARY DODGE, an individual

Plaintiffs,

vs.

STATE FARM FIRE AND CASUALTY
COMPANY, DOES I through X; and ABC
CORPORATIONS A-Z, inclusive,

Defendants.

Case No.: 3:25-cv-00245-ART-CSD

**ORDER GRANTING**

**STIPULATION AND ORDER TO
DISMISS PLAINTIFF'S COMPLAINT
WITH PREJUDICE**

IT IS HEREBY STIPULATED and AGREED between Plaintiffs JAMIE DODGE and ZACHARY DODGE (collectively "Plaintiffs"), by and through their counsel, LEVERTY & ASSOCIATES LAW, CHTD., and Defendant STATE FARM MUTUAL FIRE AND CASUALTY COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

170311183.1

LLP, that all of Plaintiffs' claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 23rd day of March, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Francis A. Arenas

ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Fire and Casualty Company*

DATED this 18th day of March, 2026.

LEVERTY & ASSOCIATES LAW, CHTD

PATRICK R. LEVERTY
Nevada Bar No. 8840
608 Lander Street
Reno, Nevada 89509
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Anne R. Traum
United States District Juge

Dated: March 23, 2026

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

170311183.1

2